# Court of Appeals
# of the State of Georgia

ATLANTA,___August 02, 2016____

*The Court of Appeals hereby passes the following order:*

**A16A2083.  TRAVIS D. HODGES v. THE STATE.**

In June 2002, Travis D. Hodges pled guilty to three separate counts of armed robbery.  He was sentenced to ten years in prison on each count, to be served consecutively.  In March 2016, Hodges filed a "Motion to Correct an Illegal and/or Void Sentence."  The trial court denied the motion and Hodges filed this direct appeal.  We, however, lack jurisdiction.

A direct appeal may lie from an order denying a motion to vacate or correct a void sentence, but only if the defendant raises a colorable claim that the sentence is, in fact, void.  *Harper v. State*, 286 Ga. 216, 217 n.1 (686 SE2d 786) (2009);  *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009).  "Motions to vacate a void sentence generally are limited to claims that – even assuming the existence and validity of the conviction for which the sentence was imposed – the law does not authorize that sentence, most typically because it exceeds the most severe punishment for which the applicable penal statute provides." *von Thomas v. State*, 293 Ga. 569, 572 (2) (748 SE2d 446) (2013).  Thus, when a sentence is within the statutory range of punishment, it is not void.  *Jones v. State*, 278 Ga. 669, 670 (604 SE2d 483) (2004).

In his void-sentence motion, Hodges asserted the trial court should have run the ten-year sentences concurrently.  Because it is well-established that "whether to impose consecutive or concurrent sentences for multiple offenses is within the trial court's discretion," *Simpson v. State*, 310 Ga. App. 63, 64 n. 4 (715 SE2d 675) (2011), Hodges has not raised a colorable void sentence claim.  Hodges also asserted the trial court did not consider his background prior to sentencing, did not advise him

of the complete range of punishment applicable, and affirmatively misinformed him regarding his parole eligibility. However, these assertions do not raise colorable void sentence claims. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*    08/02/2016   
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*